AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Wesley Johnson, Jr., Plaintiff

V.

Richard Cornforth, Aurora Police Department, Tracie Newton, Illinois Department of State Police, Illinois Department of Corrections, and UNKNOWN JOHN DOES 1-25, Defendants.

CASE NUMBER: 3:15-cv-50294

ASSIGNED JUDGE: Philip G. Reinhard

DESIGNATED MAGISTRATE JUDGE: Iain Johnston

TO: (Name and address of Defendant)

Aurora Police Department
1200 East Indian Trail
Aurora, Illinois 60507

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory E. Ostfeld
GREENBERG TRAURIG, LLP
77 West Wacker Drive - Suite 3100
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



November 14, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-16-17 |
| NAME OF SERVER (PRINT) Janell M. Kelley | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sent via certified mail on November 14, 2017. Return receipt requested. Article number 7015 0640 0004 7830 9929. Certified mail receipt and returned signature card is attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-23-18                 Janell M. Kelley
              Date                    Signature of Server

77 West Wacker Drive - Ste. 3100 - Chicago, IL  60601
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7015 0640 0004 7830 9929

Kelley

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.35

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $ 2.75
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$ 1.61

Total Postage and Fees
$ 7.71

Sent To
Aurora Police Department
Street and Apt. No., or PO Box No.
1209 East Indian Trail
City, State, ZIP+4
Aurora, Illinois 60507

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Aurora Police Department
   1200 Indian Trail
   Aurora, IL 60507

9590 9401 0096 5168 0102 56

2. Article Number (Transfer from service label)
   7015 0640 0004 7830 9929

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
HAYEVSKY

C. Date of Delivery
11.15.17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt